**Melvin H. REITZ v. PRUDENTIAL INSURANCE CO.**

No. 5685.

Circuit Court of Appeals, Seventh Circuit.

Nov. 26, 1935.

For opinion below, see 6 F.Supp. 960.

Meservey, Michaels, Blackmar, Newkirk & Eager, of Kansas City, Mo., for appellant.

Connelly, Walker, Searle & Hubbard, of Rock Island, Ill., for respondent.

PER CURIAM.

On motion of counsel for appellee, counsel for appellant consenting thereto, it is now here ordered, adjudged, and decreed that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed, with costs.